Argued and submitted May 28, remanded in part; otherwise affirmed
September 10, petition for review denied Decemeber 23, 1997 (326 Or 234)

## STATE OF OREGON,
*Respondent,*

*v.*

## HENRY CLIFFORD LINEBAUGH,
*Appellant.*

## (95-2968-C3; CA A91649)

945 P2d 97

Mary M. Reese, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Robert E. Sabido, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a judgment of conviction on three counts of first-degree sexual abuse. Only one of his three assignments of error requires discussion. Defendant argues that the trial court erred in imposing a 10-year term of post-prison supervision. The state concedes that the term of post-prison supervision exceeds that authorized by ORS 144.103. ORS 144.103 provides that the term of post-supervision, when added to the term of imprisonment, shall not exceed the maximum statutory indeterminate sentence.

We accept the state's concession.

Remanded for entry of a corrected judgment; otherwise affirmed.